UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DOYLE EUGENE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12CV00082 AGF/NAB |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Nannette A. Baker, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. ' 636(b).  On August 12, 2013, Magistrate Judge Baker filed her recommendation that the Court affirm the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under the Social Security Act. Neither party has filed objections to the recommendation in the time allowed.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner=s decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 18.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

                                                                             _____
                                                                             AUDREY G. FLEISSIG
                                                                             UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2013.